## CAUSE NO. 73,269

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF BRAZORIA COUNTY, TEXAS |
| | § | |
| NAJMA PARKER | § | 300TH JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/13/2015 2:47:47 PM
CHRISTOPHER A. PRINE
Clerk

## DEFENDANT, NAJMA PARKER, NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, BYRON KEITH WATSON,** Attorney for Defendant, **NAJMA PARKER,** and hereby gives her NOTICE OF APPEAL and formally request that this Court TAKE NOTICE; and FURTHER that Defendant, NAJMA PARKER hereby appeals to the: 1st/14th Court of Appeals; from the Judgment of conviction rendered against her in this Court on March 20, 2015.

Respectfully submitted,
LAW OFFICE OF BYRON KEITH WATSON

_____
**BYRON KEITH WATSON**
One Arena Place, Suite 580
7322 Southwest Freeway
Houston, Texas 77074
(713) 771-8777 (Phone)
bkwlaw@msn.com